**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Admiral Property Group LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   6833 Shore Road
   Number    Street

   _____

   Brooklyn         NY    11220
   City             State ZIP Code

   United States of America
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  _____  _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   157 Beach 96th Street,
   Number    Street

   _____

   **Rockaway Beach**      **NY**   **11693**
   City                    State    ZIP Code

Debtor  **Admiral Property Group LLC**                         Case number (*if known*)_____
      Name

| 6. | **Debtor's website** (URL) | _____ |

| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known_____ |
| | |                                     MM / DD / YYYY |
| | |         Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known_____ |
| | |                                     MM / DD / YYYY |

**Part 3: Report About the Case**

| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                         Involuntary Petition Against a Non-Individual                         page 2

Debtor **Admiral Property Group LLC**     Case number (*if known*)_____
<br>Name

**Name of petitioner**     **Nature of petitioner's claim**

**Amount of the claim above the value of any lien**

**13. Each petitioner's claim**

| Petitioner | Nature | Amount |
|---|---|---|
| **Metro Mechanical LLC** | **Services Rendered** | **$790,339.00** |
| **N&K Plumbing and Heating Corp.** | **Services Rendered** | $ **$54,750.00** |
| **Borowide Electrical Contractors** | **Services Rendered** | $ **$35,000.00** |
| | **Total of petitioners' claims** | **$880,089.00** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**     **Attorneys**

**Name and mailing address of petitioner**

**Metro Mechanical LLC**
<br>Name

**8815 Ditmas Avenue**
<br>Number    Street

**Brooklyn**     **New York**     **11236**
<br>City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Anthony Brannan**
<br>Name

**Same Address as Above**
<br>Number    Street

_____ _____ _____
<br>City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07 30 2020**
<br>MM / DD / YYYY

✘ **/S/ Anthony Brannan**
<br>Signature of petitioner or representative, including representative's title

**Joel Shafferman**
<br>Printed name

**Shafferman & Feldman LLP**
<br>Firm name, if any

**137 Fifth Avenue, 9th Floor**
<br>Number    Street

**New York**     **New York**     **10010**
<br>City     State     ZIP Code

Contact phone **212 509-1802**    Email **joel@shafeldlaw.com**

Bar number **2035079**

State **New York**

✘ **/S/ Joel Shafferman**
<br>Signature of attorney

Date signed **07   30   2020**
<br>MM / DD / YYYY

Debtor **Admiral Property Group LLC**    Case number (*if known*)_____
       Name

---

**Name and mailing address of petitioner**

**N&K Plumbing and Heating Corp.**
Name

**24-63 46th Street**
Number    Street

**Astoria**          **New York**    **11103-1007**
City                 State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Nigel Jahoor**
Name

**Same Address as Above**
Number    Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07   30  2020**
             MM / DD / YYYY

✘ **/S/ Nigel Jahoor**
Signature of petitioner or representative, including representative's title

---

**Joel Shafferman**
Printed name

**Shafferman & Feldman LLP**
Firm name, if any

**137 Fifth Avenue, 9th Floor**
Number    Street

**New York**          **New York**    **10010**
City                  State           ZIP Code

Contact phone **212 509-1802**    Email **joel@shafeldlaw.com**

Bar number **2035079**

State    **New York**

✘ **/S/ Joel Shafferman**
Signature of attorney

Date signed  **07   30   2020**
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Borowide Electrical Contractors**
Name

**35-07 20th Avenue**
Number    Street

**Astoria**          **New York**    **11236**
City                 State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Anthony Papantonion**
Name

**Same Address as Above**
Number    Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07   30  2020**
             MM / DD / YYYY

✘ **/S/ Anthony Papantonion**
Signature of petitioner or representative, including representative's title

---

**Joel Shafferman**
Printed name

**Shafferman & Feldman LLP**
Firm name, if any

**137 Fifth Avenue, 9th Floor**
Number    Street

**New York**          **New York**    **10010**
City                  State           ZIP Code

Contact phone **212 509-1802**    Email **joel@shafeldlaw.com**

Bar number **2035079**

State    **New York**

✘ **/S/ Joel Shafferman**
Signature of attorney

Date signed  **07   20   2020**
             MM / DD / YYYY

---