UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                              Chapter 11

ADMIRAL PROPERTY GROUP LLC,                          Case No.:  20-42826 (NHL)

                            Debtor.
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1.  I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2.  On the 26th day of March, 2021, I caused to be served true and correct copies of:

- Plan of Liquidation [Doc. No. 59];

- Disclosure Statement for Plan of Liquidation [Doc. No. 60];

- Motion For Entry Of Order (I) Approving Disclosure Statement, Fixing Time For Filing Acceptances Or Rejections Of Debtor's Plan Of Liquidation And Fixing The Time For The Confirmation Hearing And (II) Approving (A) Agreement Of Sale With Stalking Horse Bidder, (B) Bid And Sale Procedures, (C) And Break-Up Fee And (III) Granting Related Relief [Doc. No. 61]; and

- Application For Order Establishing Deadline For Filing Administrative Claims And Approving Form And Manner Of Notice Thereof [Doc. No. 62] via  FIRST CLASS MAIL upon all parties on the annexed SERVICE LIST by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: March 29, 2021

                                    /s/ Nathanael F. Meyers
                                    **Nathanael F. Meyers**

<u>MASTER SERVICE LIST AS OF 3/25/21</u>

157 BEACH 96TH STREET
HOLDER, LLC
256 WEST 116TH STREET
NEW YORK, NY 10026

AHMUTY, DEMERS & MCMANUS
200 I.U. WILLETS ROAD
ALBERTSON, NY 11507

BIG APPLE COMPACTOR
64-20 LAUREL HILL BLVD
WOODSIDE, NY 11377

BOROWIDE ELECTRIC
36-07 20TH AVE
ASTORIA, NY 11105

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007

CROSS FIRE AND SECURITY
1756 86TH ST
BROOKLYN, NY 11214

ELITE DOORS
960 ALABAMA AVE
BROOKLYN, NY 11207

EVEREST SCAFFOLDING
1150 LONGWOOD AVE
BRONX, NY 10474

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOEL SHAFFERMAN
SHAFFERMAN & FELDMAN LLP
137 FIFTH AVENUE, 9TH FL.
NEW YORK, NY 10010

KOBAX MASONRY
33 DOBBIN ST
BROOKLYN, NY 11220

KONE ELEVATOR
47-36 36TH ST
LONG ISLAND CITY, NY 11101

METRO MECHANICAL
8815 DITMAS AVE
BROOKLYN, NY 11236

NEW YORK STATE DEPT. OF
FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
ALBANY, NY 12205

NK PLUMBING
24-63 46TH STREET
ASTORIA, NY 11103

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

OFFICE OF THE ATTORNEY
GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005

QUICK FAST CORP
2346 E 70TH ST
BROOKLYN, NY 11234

SECURE EYE SYSTEMS
8723 3RD AVE, 2ND FLOOR
BROOKLYN, NY 11209

SKY WINDOWS
2545 STILLWELL AVE
BROOKLYN, NY 11223

US ATTY OFFICE – EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
ATTN: ARTEMIS LEKAKIS
BROOKLYN, NY 11201

J. LOGAN RAPPAPORT
PRYOR & MANDELUP, L.L.P.
675 OLD COUNTRY ROAD
WESTBURY, NEW YORK 11590

WILLIAM K. HARRINGTON, U.S. TRUSTEE
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
(ATTN.: RACHEL WOLF, ESQ.)

MICHAEL J. BONNEVILLE, ESQ.
DANIEL N. ZINMAN ESQ.
KRISS & FEUERSTEIN LLP
360 LEXINGTON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10017

RICHARD MEJIA
C/O ASHER & ASSOCS., P.C.
111 JOHN STREET
14TH FL.
NEW YORK, NY 10038

ADMIRAL INSURANCE BROKER
6833 SHORE ROAD
SUITE 1
BROOKLYN, NY 11220

KOBAX CORP.
C/O SABAJ LAW PC
121A NASSAU AVE
BROOKLYN, NY 11222

HARLAN M. LAZARUS, ESQ.
LAZARUS & LAZARUS, P.C.
240 MADISON AVENUE, 8TH FL.
NEW YORK, NY 10016