The Kantrow Law Group, PLLC
Proposed Attorneys for Admiral Property Group LLC
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
516 703 3672
fkantrow@thekantrowlawgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                          Case No. 20-42826-nhl

ADMIRAL PROPERTY GROUP LLC,

                               Debtor.
------------------------------------------------------------X

**APPLICATION FOR ENTRY OF AN ORDER DIRECTING A HEARING
ON AN EXPEDITED BASIS**

TO:    HON. NANCY HERSHEY LORD
       UNITED STATES BANKRUPTCY JUDGE

Admiral Property Group LLC, the debtor (the "Debtor") in this chapter 11 case, by and through its proposed attorneys, The Kantrow Law Group, PLLC, respectfully submits this as and for its application (the "Application") seeking the entry of an Order directing a hearing on an expedited basis, and states as follows:

1.     The Debtor has engaged The Kantrow Law Group, PLLC, as proposed counsel in this chapter 11 case to replaced Robinson Brog *et al* which was the Debtor's counsel pursuant to an Order of this Court authorizing its retention.  On April 16, 2021, the Debtor, by and through its principal, Peter Evangelista ("Evangelista"), terminated Robinson Brog.  A letter was sent to prior counsel.  In addition, Evangelista sent an e-mail to Robinson Brog confirming its termination.  In addition, Robinson Brog was directed to withdraw certain documents pending before the Court.

2.     The Debtor anticipated that Robinson Brog would comply with its directives. However, since the directive was issued, Robinson Brog has failed or refused to act in accordance with its client's directive.

3.      To be certain that the Debtor is appropriately represented, The Kantrow Law Group has prepared its application to be retained.  The Debtor understands that as a limited liability company it may only appear before this Court by counsel.  Thus, to be certain of a seamless transition and so as not to prejudice the rights of the Debtor or any other party in this case, the Debtor seeks to have the application to retain The Kantrow Law Group, PLLC, on an expedited basis.  Currently, the Debtor notes that the next date in this matter is April 27, 2021 at 2:30 p.m. The Debtor respectfully requests that the Court consider the Debtor's application to retain The Kantrow Law Group, PLLC, at that scheduled hearing.

WHEREFORE, the Debtor respectfully requests that this Honorable Court schedule a hearing on an expedited basis to consider the application to authorize the Debtor to retain The Kantrow Law Group, PLLC, together with such other and further relief.

Dated: Syosset, New York
           April 19, 2021

                                        The Kantrow Law Group, PLLC
                                        Proposed Counsel to the Debtor

                        BY:      S/Fred S. Kantrow
                                     Fred S. Kantrow
                                     6901 Jericho Turnpike, Suite 230
                                     Syosset, New York 11791
                                     516 703 3672
                                     fkantrow@thekantrowlawgroup.com